# MINUTE ENTRY FOR CRIMINAL PROCEEDING

BEFORE MAG. JUDGE  Ramon Reyes, Jr.                          DATE:  4/13/2023

DOCKET NUMBER:  23-CR- 159 NRM)                              LOG #:  3:54 – 4:13

DEFENDANT'S NAME:  Alex Ricaurte Cruz
   _X_ Present  ___ Not Present  _X_ Custody  ___ Bail

DEFENSE COUNSEL:  Nora Hirozawa
   _X_ Federal Defender  ___ CJA  ___ Retained

A.U.S.A:  Matthew Skurnik                 CLERK:  SM Yuen

Interpreter:  Maristela Verastagui  (Language)  Spanish

- [✓] Defendant arraigned on the: [✓] indictment ___ superseding indictment ___ probation violation
- [✓] Defendant pleads NOT GUILTY to ALL counts.
- [✓] Rule 5f Order read into the record.
- [✓] BAIL HEARING Held.  [✓] Defendant's first appearance.
  - [✓] Bond set at $ 50,000 / on consent  Defendant [✓] released ___ held pending satisfaction of bond conditions.
  - [✓] Defendant advised of bond conditions set by the Court and signed the bond.
  - [2] Surety(ies) sworn, advised of bond obligations by the Court and signed the bond.
  - ___ (Additional) surety/ies to co-sign bond by ___
  - ___ After hearing, Court orders detention in custody.  ___ Leave to reopen granted
- ___ Temporary Order of Detention Issued.  Bail Hearing set for ___
- ___ At this time, defense counsel states on the record that the defendant does not have a bail application / package. Order of detention entered with leave to reapply to a Magistrate or to the District Court Judge to whom the case will be assigned.
- [✓] Order of Excludable Delay/Speedy Trial entered.  Start 4/13   Stop 5/18/2023
- ___ Medical memo issued.
- ___ Defendant failed to appear; bench warrant issued.
- ___ Status conference set for ___ @ ___ before Judge ___

Other Rulings: