

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MS
F. #2021R00190

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 26, 2025

<u>By ECF</u>

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

   Re: United States v. Alex Ricaurte Cruz
     <u>Criminal Docket No. 23-159 (NRM)</u>

Dear Judge Morrison:

   The government writes to respectfully request an extension of the briefing and hearing schedule for the defendant's pending motion to suppress. The parties have conferred and the defendant consents to this request. Specifically, the parties propose the following adjusted schedule:

- December 10, 2025: Government's response to suppression motion due

- December 24, 2025: Defendant's reply in support of suppression due

- Week of January 26, 2026: Oral argument and/or hearing on the motion to suppress.

   The government respectfully submits that the extension of the briefing schedule is appropriate in light of the upcoming Thanksgiving holiday and the government's press of business. In addition, undersigned government counsel will be out of the country the week of January 12, 2026, when the oral argument/hearing is currently scheduled.

   The parties also respectfully request that time be excluded under the Speedy Trial Act through the new oral argument/hearing date. This exclusion of time would serve the ends of justice and outweigh the best interests of the public and the defendant in a speedy trial by providing time for the parties and the Court to fully consider the pending suppression issues.

Respectfully submitted,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Matthew Skurnik
Matthew Skurnik
Assistant U.S. Attorney
(718) 254-6231

cc:     Clerk of Court (NRM) (by ECF)
Counsel of Record (by ECF)