**Federal Defenders**
OF NEW YORK, INC.

Eastern District
One Pierrepont Plaza, 16th Fl., Brooklyn, NY
11201 Tel: (718) 330-1200  Fax: (718) 855-0760

---

Tamara L. Giwa
*Executive Director and*
*Attorney-in-Chief*

Michelle A. Gelernt
*Attorney-in-Charge*

March 6, 2026

The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    <u>United States v. Alex Ricaurte Cruz</u>, 23-CR-159 (NRM)

Dear Judge Morrison:

      In light of the discussion between the Court and the parties at the March 3rd status conference, Mr. Cruz is prepared to have the Court accept the facts set forth in the defense suppression motion and reply as true and proceed with oral argument on either March 19 or March 20, 2026.

      In reviewing the evidence to arrive at this decision, however, defense counsel identified one exhibit that contains information we anticipated would be elicited at a hearing. The defense submits Defense Exhibit L, a copy of a partially redacted NYPD report produced by the government in discovery at CRUZ000193-194, and asks that the Court consider this along with the exhibits previously submitted in evaluating suppression. The report is dated March 25, 2021 and documents that on March 25, 2021, approximately six months before the premises warrant was obtained, NYPD Detectives Cesar Castillo and [FNU] Jimenez of the Computer Crimes Squad interviewed William Quinonez, Mr. Cruz's brother and the listed T-Mobile account owner for the -1304 phone. Castillo "asked him if he was William Quinonez and he stated that he was," then "asked him if his phone number was 718-296-1304 and again he said yes." Exh. L at 1.

      The August 23, 2021 search warrant affidavit states, "…based on my review of subscriber information provided by T-Mobile, I am aware that the 1304 Phone is associated with a 'William Quinonez' at the SUBJECT PREMISES." Exh. A at ¶ 35. The warrant application also states that the government believed "Quinonez (who I believe to be CRUZ's brother)" and his partner lived at the subject premises. *Id.* at ¶ 36. But the warrant affidavit omits that Quinonez expressly told Detective Castillo that his phone number was 718-296-1304. *See Franks v. Delaware*, 438 U.S. 154 (1978). The government knew this information before seeking the warrant and it was clearly material to the magistrate's determination of whether there was probable cause to believe that the -1304

phone belonged to Mr. Cruz, particularly given the weak evidence of probable cause set forth in the warrant affidavit.

      Defense counsel asks that the Court consider Exhibit L, in addition to the exhibits and facts set forth in Mr. Cruz's suppression motion and reply, in evaluating suppression. If the Court determines that an evidentiary hearing is necessary, Mr. Cruz is available to proceed with an evidentiary hearing on March 20, 2026.

                                                                Respectfully Submitted,

                                                                            _____/s_____

                                                                Nora K. Hirozawa
                                                                Counsel to Mr. Ricaurte Cruz
                                                                Federal Defenders of New York, Inc.

cc:       AUSA Matthew Skurnik