# EXHIBIT L

| Tracking# | | | | | |
|---|---|---|---|---|---|
| [POLICE DEPT LOGO] | **INTERVIEW IN-PERSON** | | **Crime/Condition** | **Command**<br>216-SPECIAL INVESTIGATIONS DIVISION<br>**Date of This Report**<br>03/25/2021 | |
| **Date of UF61**<br>11/09/2020 | **Complaint No.** | **Date Case Assigned**<br>02/23/2021 | **Case No.** | **Unit Reporting**<br>COMPUTER CRIMES SQUAD | **Follow-Up No.** |

| Topic/Subject | Activity Date | Activity Time |
|---|---|---|
| (INTERVIEW IN-PERSON) INTERVIEW OF WILLIAM QUINONEZ | 03/25/2021 | 09:25 |

| Complainant's Name | | Address | | | Apt No. |
|---|---|---|---|---|---|
| Nickname/Alias/Middle Name | | | | | |
| Sex | Race | | Date of Birth | Age | |
| Home Telephone | Business Telephone | | Cell Phone | Beeper # | E-Mail Address |

| Person Interviewed Last Name, First M.I. | | Address | | | Apt No. |
|---|---|---|---|---|---|
| Nickname/Alias/Middle Name | | | | | |
| Position/Relationship | Sex | | Race | Date of Birth | Age |
| Home Telephone | Business Telephone | | Cell Phone | Beeper # | E-Mail Address |

**Details**

**Summary of Investigation:**
1. On March 25, 2021, at approximately 0925 hours, the U/S along with Detective Jimenez of the Computer Crimes Squad attempted to interview the listed T-Mobile account owner in this case William Quinonez at his home residence located at 78-11 87 Road, Queens, NY 11421. As we approached the location, I could see a male Hispanic inside of the home residence looking out of the window. Upon approaching, the U/S knocked and waited at the front door for approximately five minutes. Eventually, an adult male Hispanic answered and opened the door. I identified myself as well as showed my police issued identification card. I then asked him if he was William Quinonez and he stated that he was. I then asked him if his phone number was 718-296-1304 and again he stated yes.

[REDACTED]

2. CASE ACTIVE.

| Perpetrator's Last Name, First M.I.<br>QUINONEZ, WILLIAM | | | | Wanted/Arrested | |
|---|---|---|---|---|---|
| Nickname/Alias/Middle Name | | | | | |
| **Address**<br>78-11 87 ROAD W NY 11421 | | | Apt No. | Res. Pct. | NYSID No. |
| Position/Relationship | Sex | Race | **Date of Birth**<br>10/26/1963 | **Age**<br>57 | Height | Weight |
| **Home Telephone**<br>718-642-2305 | Business Telephone | **Cell Phone**<br>718-296-1304 | Beeper # | E-Mail Address | U.S. Citizen | State/Country of Birth |
| Description | | | | | | |
| Accent | Weapon | Describe Weapon (If firearm, give color, make, caliber, type, model, etc.) | | | Discharged | |
| Gang Affiliation | | Gang Name | | Gang Identifier | | |
| M.O. | | Transit M.O. | | | | |

| Action Toward Victim | Special Characteristics | New Burglary/Grand Larceny Specific M.O. |
|---|---|---|
| Mask: | Gloves: | |
| Clothing Description | | |
| Scars, Marks | | |
| Impersonation of | If other | |
| Frequents Areas in the Confines of the Precinct(s) | | |

| Activity Address Location<br>NYC | Street<br>78-11 87 ROAD | City<br>QUEENS | State<br>NY | Zip<br>11421 | Apt # |
|---|---|---|---|---|---|
| Cross Street<br>80 STREET and 78 STREET | | Intersection of | | | Premise Type<br>RESIDENCE-HOUSE |

| Reporting Officer: | Rank<br>DT3 | Name<br>CESAR CASTILLO | | Tax Reg. No.<br>■■■ | Command<br>216-SPECIAL INVESTIGATIONS DIVISION |
|---|---|---|---|---|---|
| Reviewing Supervisor: | Manner of Closing<br>- | Date Reviewed:<br>03/25/2021 | Date of Next Review | Name<br>DALE PERSAUD | Supv. Tax No.<br>■■■ |

CRUZ_000194