

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MS
F. #2021R00190

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 9, 2026

By Email

Nora Hirozawa
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
nora_hirozawa@fd.org

        Re:    United States v. Alex Ricaurte Cruz
               Criminal Docket No. 23-159 (NRM)

Dear Counsel:

        Enclosed please find discovery produced to your client in the above-captioned matter. These items are being provided to you via the secure file-sharing platform USA File Exchange ("USAfx"). Please note that certain materials in this production have been marked as SENSITIVE pursuant to the supplemental protective order entered by the Court. See ECF No. 21. We recommend that you download a copy of the production as soon as practicable for your archives.

        This production includes two categories of discovery material:

        First, in response to the Court's March 20, 2026 oral ruling directing the government to search for and obtain certain materials from the New York City Police Department ("NYPD"), the government is producing certain NYPD records, bearing Bates numbers CRUZ000196 – CRUZ000303, and marked as SENSITIVE. The government maintains that the NYPD is not part of the prosecution team in this case, and has obtained these materials solely in response to the Court's order.

        Second, pursuant to Federal Rule of Criminal Procedure 16, the government is producing certain T-Mobile records, including a spreadsheet, as well as a business records

certification that the government intends to introduce at trial pursuant to Federal Rules of Evidence 803(6) and 902(11), bearing Bates numbers CRUZ000304 – CRUZ000305.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:    /s/ Matthew Skurnik
Matthew Skurnik
Assistant U.S. Attorneys
(718) 254-6231

Enclosures (by USAfx)

cc:    Clerk of Court (NRM) (by ECF) (Without Enclosures)

2