

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

MS
F. #2021R00190

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 9, 2026

<u>By Email</u>

Nora Hirozawa
Federal Defenders of New York
One Pierrepont Plaza, 16th Floor
Brooklyn, NY 11201
nora_hirozawa@fd.org

        Re:    United States v. Alex Ricaurte Cruz
              <u>Criminal Docket No. 23-159 (NRM)</u>

Dear Counsel:

       Enclosed please find discovery produced to your client in the above-captioned matter.  These items are being provided to you via the secure file-sharing platform USA File Exchange ("USAfx"). Please note that the materials in this production have been marked as SENSITIVE pursuant to the supplemental protective order entered by the Court.  <u>See</u> ECF No. 21.  We recommend that you download a copy of the production as soon as practicable for your archives.

       A sanitized forensic extraction of the defendant's cellular phone seized on August 24, 2021, is enclosed, bearing Bates number CRUZ000306, and marked as SENSITIVE.

A sanitized forensic extraction of the defendant's cellular phone seized on April 13, 2023, is enclosed, bearing Bates number CRUZ000307, and marked as SENSITIVE.

Very truly yours,

JOSEPH NOCELLA, JR.
United States Attorney

By:   /s/ Matthew Skurnik
Matthew Skurnik
Assistant U.S. Attorneys
(718) 254-6231

Enclosures (by USAfx)

cc:   Clerk of Court (NRM) (by ECF) (Without Enclosures)

2