# NOTICE OF APPEAL
## UNITED STATES DISTRICT COURT
**Eastern District of New York**

UNITED STATES OF AMERICA

- against -

ALEX RICAURTE CRUZ,

Defendant.

Docket Number 23-CR-159 (NRM)

The Honorable Nina R. Morrison
(District Court Judge)

Notice is hereby given that the United States of America

appeals to the United States Court of Appeals for the Second Circuit from the:

Judgment ____ ; Order X ; Other ____ ; ____________ (specify).

entered in this action on August 6, 2026 (specify).

Offense occurred after November 1, 1987 Yes X No ____.

The appeal concerns: suppression of evidence.

Date September 4, 2026

Joshua B. Dugan, AUSA
(Counsel for Appellant)

TO: Nora K. Hirozawa, Esq.
Federal Defenders of New York
(718) 330-1290
Nora_Hirozawa@fd.org

ADD ADDITIONAL PAGE IF NECESSARY

Address: United States Attorney's Office - EDNY
271-A Cadman Plaza East
Brooklyn, New York, 11201
Telephone Number: 718-254-6144
E-Mail: Joshua.Dugan@usdoj.gov

(TO BE COMPLETED BY ATTORNEY)

| ▶ QUESTIONNAIRE | ▶ TRANSCRIPT ORDER ▶ DESCRIPTION OF PROCEEDINGS FOR WHICH TRANSCRIPT IS REQUIRED (INCLUDE DATE) |
|---|---|
| ___ I am ordering a transcript.<br>X I am not ordering a transcript.<br>Reason:<br>____ Daily copy is available<br>X U.S. Attorney has placed order<br>____ Other. Attach explanation | Prepare transcript of (Dates)<br>____ Pre-trial proceedings ____________<br>____ Trial ____________<br>____ Sentence ____________<br>____ Post-trial proceedings ____________ |

The ATTORNEY certifies that he/she will make satisfactory arrangements with the court reporter for payment of the cost of the transcript. (FRAP 10(b)) ▶ Method of payment ___ Funds ___ CJA Form 24 _X_ U.S. Attorney's Office Will Pay

| ATTORNEY'S signature /s/ Joshua B. Dugan | Date September 4, 2026 |
|---|---|

▶ COURT REPORTER ACKNOWLEDGMENT To be completed by Court Reporter and forwarded to Court of Appeals.

| Date order received | Estimated completion date | Estimated number of pages |
|---|---|---|
| | | |

Date ____________ Signature ____________ (Court Reporter)

COPY1 - ORIGINAL

*U.S. GPO: 2001-611-552/60002

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

– against –

23-CR-159 (NRM)

ALEX RICAURTE CRUZ,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X

CERTIFICATION PURSUANT TO 18 U.S.C. § 3731

It is hereby certified pursuant to 18 U.S.C. § 3731 that this appeal is not taken for purposes of delay and that the evidence that has been ordered excluded constitutes substantial proof of facts material in the proceeding.

Dated: Brooklyn, New York
September 4, 2026

By: /s/ Joseph Nocella, Jr.
JOSEPH NOCELLA, JR.
United States Attorney